Friedrich W. Seitz  (SBN 51536)
Mhare O. Mouradian (SBN 233813)
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California  90017-4613
Telephone:   (213) 623-7400
Facsimile:     (213) 623-6336
E-Mail: fseitz@murchisonlaw.com
           mmouradian@murchisonlaw.com

Attorneys for Defendant and Third Party Defendant LOUISVILLE LADDER, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| SELENE MARTINEZ,<br><br>         Plaintiff,<br><br>vs.<br><br>LOUISVILLE LADDER, INC., TARGET CORPORATION and DOES 1 through 50, inclusive,<br><br>         Defendants. | CASE NO. 5:13-CV-00325-JGB-DTB<br><br>**ORDER OF DISMISSAL**<br><br>Trial Date:  September 30, 2014 |

   Pursuant to the Stipulation of the parties, the above-entitled action is hereby dismissed with prejudice, with all sides to bear their respective costs.

Dated:  June 12, 2014

JS-6    _____
Hon. Jesus G. Bernal
United States District Court Judge